JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

TROY DAVID SMITH,                         )        Case No.  CV 08-05789-DOC (DTB)
                                          )
            Petitioner,                   )
                                          )
      vs.                                 )            **J U D G M E N T**
                                          )
SMELOSKY, Warden,                         )
                                          )
            Respondent.                   )
_____ )

        Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

        IT IS HEREBY ADJUDGED that the First Amended Petition is denied and this action is dismissed with prejudice.


DATED:  April 10, 2010


                                          _____
                                          DAVID O. CARTER
                                          UNITED STATES DISTRICT JUDGE